\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PANTAURUS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 1-14-CV-235 |
| v. | § | |
| | § | JUDGE RON CLARK |
| MICROSOFT CORP., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER GRANTING AGREED MOTION TO DISMISS

Before the court is the parties' Agreed Motion to Dismiss. [Doc. # 17]. The parties seek a dismissal with prejudice. The court is of the opinion that it should grant this. IT IS THEREFORE ORDERED that the Agreed Motion to Dismiss [Doc. # 17] is GRANTED, this case is DISMISSED WITH PREJUDICE, and costs will be borne by the party incurring the same.

So **ORDERED** and **SIGNED** this **21** day of **November, 2014.**

_____
Ron Clark, United States District Judge