\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PANTAURUC LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 1-14-CV-235 |
| v. | § | |
| | § | JUDGE RON CLARK |
| MICROSOFT CORP., | § | |
| | § | |
| *Defendant.* | § | |

## AMENDED ORDER OF DISMISSAL

Before the court is the parties' Agreed Motion to Amend Order of Dismissal. [Doc. # 19]. The parties seek to amend the Order dismissing the case. [Doc. # 18]. The court is of the opinion that it should grant this. IT IS THEREFORE ORDERED that the Agreed Motion to Amend Order of Dismissal [Doc. # 19] is GRANTED, the claims against Defendant are DISMISSED WITH PREJUDICE, the counterclaims and defenses against Plaintiff are DISMISSED WITHOUT PREJUDICE, and costs will be borne by the party incurring the same.

So **ORDERED** and **SIGNED** this **25** day of **November, 2014.**

_____
Ron Clark, United States District Judge